NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BRIGHT DATA LTD.,**
*Appellant*

v.

**CODE200, UAB, TESO LT, UAB, METACLUSTER LT, UAB, OXYSALES, UAB, THE DATA COMPANY TECHNOLOGIES INC., MAJOR DATA UAB, CORETECH LT, UAB,**
*Appellees*

_____

2023-2144, 2023-2145, 2023-2146, 2023-2147, 2023-2414, 2023-2415, 2023-2442, 2023-2443
_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00103, IPR2022-00135, IPR2022-00138, IPR2022-00353, IPR2022-00915, IPR2022-00916, IPR2021-01492, IPR2022-00861, IPR2021-01493, IPR2022-00862.
_____

**O R D E R**

The Court consolidated Appeal Nos. 2023-2144, 2023-2145, 2023-2146, and 2023-2147 in an Order dated July 27, 2023. The Court now further consolidates Appeal Nos.

2                                    BRIGHT DATA LTD. v. CODE200, UAB

2023-2414, 2023-2415, 2023-2442, and 2023-2443 with the earlier-consolidated appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The Certified Lists in Appeal Nos. 2023-2414, 2023-2415, 2023-2442, and 2023-2443 are due no later than November 8, 2023. The opening brief for the consolidated appeals is due within 60 days from the date of service of the last-served Certified List.

FOR THE COURT

October 3, 2023
Date

Jarrett B. Perlow
Clerk of Court